

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MARIA ELENA VENTURA, | § | No. 08-25-00167-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GOMEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCM0672) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On June 18, 2025, the Clerk of this Court sent Maria Elena Ventura a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Ventura that the appeal would be subject to dismissal on or after June 30, 2025, if she failed to pay the filing fee or failed to show an excuse from payment.[1] *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

---

[1] On June 20, 2025, the Clerk notified Ventura that this Court might lack jurisdiction over the appeal, and that the appeal would be submitted for dismissal on or after June 30, 2025, if she failed to respond and establish a basis for jurisdiction. As of the date of this memorandum opinion, Ventura has not filed a response.

As of this date, Ventura has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

July 18, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.